IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACINTO MARTINEZ                                                   PETITIONER

v.                          NO. 4:24-cv-00271-JM

DEXTER PAYNE                                                    RESPONDENT

<u>ORDER</u>

       The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Jacinto Martinez ("Martinez") is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Martinez cannot make a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. 2253(c)(2).

       IT IS SO ORDERED this 25th day of July, 2024.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE