# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JACINTO MARTINEZ**                                                                                         **PETITIONER**

**v.**                                 **NO. 4:24-cv-00271-JM**

**DEXTER PAYNE**                                                                                 **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 25th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE